**ORIGINAL**

CAROL C. LAM
United States Attorney
STEVE MILLER
Assistant U.S. Attorney
California State Bar No. 138020
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5432

Attorney for Plaintiff
United States of America

FILED
06 SEP -1 AM 11: 03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PM   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 05cr1718-DMS |
|---|---|
| Plaintiff, | ) Date: August 31, 2006 )  Time: 10:30 a.m. |
| v. | ) |
| SENEN DURAN, | ) APPLICATION FOR ORDER SHORTENING ) TIME AND ORDER THEREON |
| Defendant. | ) |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Steve Miller, Assistant United States Attorney, and hereby moves this court for an order shortening time in which to file Government's Response and Opposition to Defendant's Motions. The grounds for this application are because counsel for Government mistakenly thought that August 31, 2006 was for the substantive statements motion.

DATED: August 30, 2006

Respectfully submitted,

CAROL C. LAM
United States Attorney

*/s/ Steve Miller*

STEVE MILLER
Assistant U.S. Attorney

## ORDER

Upon application of the Government and good cause appearing therefor,

IT HEREBY IS ORDERED that the Government may file its Response and Opposition to Defendant's Motions.

DATE: 8-31-06

_____
UNITED STATES DISTRICT JUDGE